# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEELMAN PARTNERS, a Nevada limited liability partnership,<br><br>                    Plaintiff,<br><br>vs.<br><br>SANYA GAOSHENG INVESTMENT COMPANY, LTD., a Hong Kong corporation,<br><br>                    Defendants. | Case No.  2:09-cv-01016-ECR-GWF<br><br>**ORDER** |

This matter is before the Court on the Joint Motion and Proposed Order to Stay Action Pending Settlement Discussions and Mediation (First Request) (#44) filed March 22, 2011.  Upon review and consideration,

**IT IS ORDERED** that the Joint Motion and Proposed Order to Stay Action Pending Settlement Discussions and Mediation (First Request) (#44) is **granted**.  This action is stayed until **May 23, 2011**.  The granting of any further requests for stay will depend on the parties demonstrating that they have diligently pursued settlement or mediation within the period of the stay granted by this order.

DATED this 24th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge