# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEELMAN PARTNERS, a Nevada limited liability partnership, <br><br>           Plaintiff, <br><br>vs. <br><br>SANYA GAOSHENG INVESTMENT COMPANY, LTD., a Hong Kong corporation, <br><br>           Defendants. | Case No.  2:09-cv-01016-ECR-GWF <br><br><br><br><br>**ORDER** |

This matter is before the Court on Defendant's counsel Lewis and Roca's Motion to Withdraw (#48), filed June 16, 2011, and Plaintiff Steelman Partners Response (#50), filed June 30, 2011.

Pursuant to LR IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."  Absent good cause, withdrawal "shall not be approved" if it will result in delay.  It appears that defense counsel has served the affected client and opposing counsel with a copy of this motion.  It does not appear that withdrawal will result in delay.  Plaintiff's counsel does not oppose the motion.  Based on the foregoing, the Court finds that Defendant's counsel has established good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's counsel Lewis and Roca's Motion to Withdraw (#48) is **granted**.  Counsel is instructed to serve a copy of this Order on Defendant Sanya Gaosheng Investment Company, Ltd.

. . .

**IT IS FURTHER ORDERED** that Defendant Sanya Gaosheng Investment Company, Ltd. must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant must file a notice with the Court on or before **July 26, 2011**, informing the Court whether it has retained new counsel or intends to retain new counsel. Failure to do so will result in the Court issuing an order to show cause why Defendant's answer should not be stricken and default entered.

**IT IS FURTHER ORDERED** that, assuming Defendant Sanya Gaosheng Investment Company, Ltd. retains new counsel, the parties shall contact the Court by **August 1, 2011**, to schedule a status conference to address the scheduling order in this matter.

Dated this 11th of July, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**