UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEELMAN PARTNERS, LLP, | Case No. 2:09-cv-01016-ECR-GWF |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| SANYA GAOSHENG INVESTMENT COMPANY, LTD., | Date: November 4, 2011 |
| Defendant. | |

PRESENT:  **EDWARD C. REED, JR.**        U. S. DISTRICT JUDGE

Deputy Clerk:  **COLLEEN LARSEN**    Reporter:  **NONE APPEARING**

Counsel for Plaintiff(s)        **NONE APPEARING**

Counsel for Defendant(s)        **NONE APPEARING**

<u>MINUTE ORDER IN CHAMBERS</u>

On September 27, 2011, the Magistrate Judge filed a Report and Recommendation (#55) recommending that the Court strike the answer (#23) filed by Defendant Sanya Gaosheng Investment Company, Ltd., and enter default against Defendant Sanya Gaosheng Investment Company, Ltd., for failure to comply with this Court's order to obtain counsel as required for appearance before the Court.

No objections were timely filed to the Report and Recommendation.

THEREFORE, IT IS ORDERED that the Report and Recommendation is well taken and is <u>APPROVED</u> and <u>ADOPTED</u>.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a default against Sanya Gaosheng Investment Company, Ltd.

1 |     IT IS FURTHER ORDERED that Defendant Sanya Gaosheng Investment Company, Inc.'s answer (#23) is <u>STRICKEN</u>.

                                    LANCE S. WILSON, CLERK

                                    By   /s/

                                            Deputy Clerk