FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 23 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEELMAN PARTNERS, a Nevada limited liability partnership, | Case No. 09-cv-01016-ECR-GWF |
| Plaintiffs, | (PROPOSED) ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |
| vs. | |
| SANYA GAOSHENG INVESTMENT COMPANY LTD., a Hong Kong corporation, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Steelman Partners' Motion for Default Judgment ("Motion"). The Court having reviewed the Motion and being fully advised in the premises finds good cause to GRANT the motion. IT IS THEREFORE

**ORDERED** that Default Judgment ECR is entered ECR in favor of Plaintiff Steelman Partners and against Defendant Sanya Gaosheng Investment Company, Ltd. on Plaintiff's claim for Breach of Contract in the amount of $3,549,854; and

**ORDERED** that Plaintiff's remaining claims are dismissed without prejudice at Plaintiff's request.

**IT IS FURTHER ORDERED** that Plaintiff may have its taxed ECR costs upon the filing of a Bill of Costs within 14 days from entry of judgment.

Dated _____23_____ day of __November__, 2011

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

17751186v1