# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Steelman Partners LLP

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Sanya Gaosheng Investment Company Ltd

Case Number: 2:09-CV-1016 ECR-GWF

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered for Plaintiff Steelman Partners and against Sanya Gaosheng Investment Company Ltd on Plaintiff's claim for Breach of Contract in the amount of $3,549,854. Plaintiff's remaining claims are dismissed without prejudice at Plaintiff's request.

| November 28, 2011 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |