# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEELMAN PARTNERS, a Nevada limited liability partnership, | Case No. 2:09-cv-01016-GMN-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| SANYA GAOSHENG INVESTMENT COMPANY, LTD., a Hong Kong corporation, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Costs and Reasonable Attorney's Fees (#85), filed on October 16, 2015. Defendant did not file a response.

Plaintiff submits a claim for $8,602.62 in attorneys fees and costs relating to Defendant's failure to appear at a scheduled deposition. The Court has reviewed Plaintiff's submitted fees and costs in accordance with the traditional lodestar method. The Court finds that Plaintiff's rates are reasonable, and the amount of time spent on this matter was reasonable. Therefore, the Court will grant Plaintiff's full request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Costs and Reasonable Attorney's Fees (#85) is **granted**. Defendant's counsel is to pay Plaintiff the total sum of $8,602.62 Defendant's counsel is further ordered to make full payment to Defendant by **Wednesday, November, 25, 2015.**

**DATED** this 13th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge