AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

| | |
|---|---|
| Steelman Partners LLP<br><br>Plaintiff,<br><br>V.<br><br>Sanya Gaosheng Investment Company Ltd.<br><br>Defendant. | **JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE**<br><br>Case Number: 2:09-cv-01016-GMN-GWF |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered pursuant to Order #121 entered January 26, 2017.

Defendant is ordered to pay Plaintiff the total sum of $7,664.72.

Defendant is ordered to make the payment to Plaintiff by February 27, 2017.

| | |
|---|---|
| January 26, 2017 | /s/ Debra K. Kempi |
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |